UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT GEDDINGS**                                                            **PLAINTIFF**
**ADC #122687**

V.            CASE NO. 4:23-cv-001083-JM-BBM

**BLAKE CRINER, C.O.,**
Corporal, Tucker Unit, ADC, *et al.*                               **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge Benecia B. Moore. No objections have been filed, and the time to do so has now passed. After careful review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED THAT Geddings is allowed to PROCEED with his excessive force claim against Criner, in his individual capacity. Geddings's supervisor liability, failure-to-protect, and official capacity claims are DISMISSED for failure to state a claim on which relief may be granted. The Arkansas Department of Correction and Todd Ball are TERMINATED as parties to this action.

IT IS SO ORDERED this 4th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE