UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT GEDDINGS**                                                     **PLAINTIFF**
ADC #122687

V.                     Case No. 4:23-CV-01083-JM

**BLAKE CRINER, C.O., Corporal, Tucker**
**Unit, ADC**                                                       **DEFENDANT**

## ORDER

The Court has received a Recommendation from United States Magistrate Judge Benecia B. Moore. No objections have been filed. After careful review, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

Defendant's Motion for Summary Judgment (Doc. 32) is GRANTED. Plaintiff Robert Geddings's excessive force claim against Defendant Blake Criner is DISMISSED with prejudice. Judgment will enter accordingly.

IT IS SO ORDERED this 2nd day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT GEDDINGS**                                                                       **PLAINTIFF**
**ADC #122687**

V.                                     Case No. 4:23-CV-01083-JM

**BLAKE CRINER, C.O., Corporal, Tucker**
**Unit, ADC**                                                                              **DEFENDANT**

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Benecia B. Moore and the objections. After carefully considering these documents and making a de novo review of the record in this case, the Recommended Disposition is approved and adopted in its entirety as this Court's findings in all respects.

Defendant's Motion for Summary Judgment (Doc. 32) is GRANTED. Plaintiff Robert Geddings's excessive force claim against Defendant Blake Criner is DISMISSED with prejudice. Judgment will enter accordingly.

IT IS SO ORDERED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT GEDDINGS**                                                                     **PLAINTIFF**
**ADC #122687**

**V.**                   Case No. 4:23-CV-01083-JM

**BLAKE CRINER, C.O., Corporal, Tucker**
**Unit, ADC,** *et al*.                                                  **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order entered separately today, and previous Orders in this case, Plaintiff Robert Geddings's excessive force claim against Defendant Blake Criner is dismissed with prejudice. All relief sought is denied, and the case is closed.

DATED this __ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE