UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT GEDDINGS**                                                  **PLAINTIFF**
**ADC #122687**

V.                Case No. 4:23-CV-01083-JM

**BLAKE CRINER, C.O., Corporal, Tucker**
**Unit, ADC,** *et al.*                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered separately today, and previous Orders in this case, Plaintiff Robert Geddings's excessive force claim against Defendant Blake Criner is dismissed with prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 2nd day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE